JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE SAMUEL SHERRER ESTATE ADMINISTRATOR ELYSE JAMES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. CV 25-5282-GW-SSCx<br><br>**ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

On October 3, 2025, Defendants the United States of America and the Secretary of the U.S. Department of Housing and Urban Development (hereinafter collectively referred to as the "Federal Defendants") filed a Motion to Dismiss First Amended Complaint (the "Motion").

The Motion seeks an order to dismiss the claims asserted against the Federal Defendants by Plaintiff Elyse James in her capacity as administrator of the Samuel Sherrer Estate in the Complaint.

/ / /

/ / /

/ / /

2

The Court, having considered the Motion, other papers filed in support of and in opposition to the Motion, pleadings on file in this action, and all other matters that were appropriately before the Court along with the arguments of the parties' representatives, hereby GRANTS the Motion in its entirety. The Court hereby DISMISSES all claims asserted against the Federal Defendants in the First Amended Complaint with prejudice.

Dated: March 6, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

3